# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 25-4458

**Case Name** Verthelyi v. PennyMac Mortgage Investment Trust, et al.

Hearing Location (*city*) Pasadena

Your Name Steven Farina

List the sitting dates for the two sitting months you were asked to review:

April 13-17; April 20-24; May 18-22

Do you have an unresolvable conflict on any of the above dates? ◉Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I am unavailable on April 14 due to a previously scheduled pre-hearing conference. I am unavailable May 18-22 due to a previously scheduled arbitration.

Alternative dates the parties are available are: June 22-26.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?
○Yes ◉No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Steven M. Farina    **Date** 01/22/2026

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 32**                                                                 *New 12/01/2018*